FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ITRON INC, a Washington corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>TRIOCONNECT LLC, a California LLC doing business as Simpiz,<br><br>              Defendant. | No.    2:16-CV-0308-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 6, 2016, Plaintiff filed a Notice of Dismissal. ECF No. 10. Consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is dismissed.

**IT IS HEREBY ORDERED:**

1.    All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

2.    All pending motions are **DENIED AS MOOT.**

3.    All hearings and other deadlines are **STRICKEN.**

4.    The Clerk's Office is directed to **CLOSE** this file.

1      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

2  provide copies to all counsel.

3      **DATED** this 12th day of October 2016.

4

5

6  _____
   SALVADOR MENDOZA, JR.
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER **-** 2